

1:25-cr-98
Judge John Robert Blakey
Magistrate Judge Beth W. Jantz
RANDOM/CAT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDY COLON JR.,<br>JAMES HAMPTON,<br>MELIZA CALDERON, and<br>ANGEL BURGOS JR. | No. 25 CR 98<br><br>Violations: Title 18, United States Code,<br>Sections 371, 924(c)(1)(A)(ii), and 2119<br><br>**SUPERSEDING INDICTMENT**<br><br>**UNDER SEAL** |

**COUNT ONE**

The SPECIAL JUNE 2024 GRAND JURY charges:

1. On or about October 23, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

>       ANDY COLON, JR.,
>       JAMES HAMPTON,
>     MELIZA CALDERON, and
>       ANGEL BURGOS JR.,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, to take a motor vehicle, which had been transported, shipped, and received in interstate and foreign commerce, from the presence of another person by force and violence and by intimidation, in violation of Title 18, United States Code, Section 2119.

2. It was the object of the conspiracy that defendants ANDY COLON, JR., JAMES HAMPTON, MELIZA CALDERON, ANGEL BURGOS JR., and others known and unknown to the Grand Jury, would enrich themselves by using force and

violence and intimidation to take a motor vehicle and personal belongings from a victim.

3. It was part of the conspiracy that defendants ANDY COLON, JR., and JAMES HAMPTON obtained, possessed, and brandished firearms, including a loaded Ruger SR9C semiautomatic pistol bearing serial number 33683474, in connection with the taking of a motor vehicle and personal belongings from Victim A.

4. It was further part of the conspiracy that defendants ANDY COLON, JR., JAMES HAMPTON, MELIZA CALDERON, ANGEL BURGOS JR., and others known and unknown to the Grand Jury, robbed Victim A of a motor vehicle and personal belongings.

OVERT ACTS

5. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

    a. On or before October 23, 2024, ANDY COLON, JR., and JAMES HAMPTON obtained firearms;

    b. On or about October 23, 2024, MELIZA CALDERON caused Victim A to travel to the vicinity of 5057 W. Superior Street, Chicago, Illinois.

c. On or about October 23, 2024, MELIZA CALDERON sent messages over Snapchat to ANGEL BURGOS JR. reading, "this N***a I'm wit got fat ass chain and watch," and, "Driving a challenger."

d. On or about October 23, 2024, ANGEL BURGOS JR. sent messages over Snapchat to MELIZA CALDERON reading, "Ight I'll send u some where," and "And the guys will handle it."

e. On or about October 23, 2024, MELIZA CALDERON sent a message over Snapchat to ANGEL BURGOS JR. reading, "They could have the car and the watch idc I want the wallet and his chain."

f. On or about October 23, 2024, ANDY COLON, JR., and JAMES HAMPTON approached Victim A's motor vehicle carrying and brandishing firearms.

g. On or about October 23, 2024, ANDY COLON, JR., JAMES HAMPTON, and MELIZA CALDERON carjacked Victim A.

h. On or about October 23, 2024, ANDY COLON, JR. and JAMES HAMPTON removed personal property belonging to Victim A from Victim A's person.

i. On or about October 23, 2024, ANDY COLON, JR., JAMES HAMPTON, and MELIZA CALDERON traveled away from the

3

vicinity of 5057 W. Superior Street, Chicago, Illinois, in Victim A's motor vehicle.

All in violation of Title 18, United States Code, Section 371.

4

## COUNT TWO

The SPECIAL JUNE 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 through 5 of Count One are incorporated here.

2. On or about October 23, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

>ANDY COLON JR.,
>JAMES HAMPTON,
>MELIZA CALDERON, and
>ANGEL BURGOS JR.,

defendants herein, with the intent to cause death and serious bodily harm, took a motor vehicle, namely, a 2019 Dodge Challenger bearing vehicle identification number I2C3CDZAG6KH684587, that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of Victim A by force, violence, and intimidation;

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT THREE

The SPECIAL JUNE 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 through 5 of Count One are incorporated here.

2. On or about October 23, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

ANDY COLON JR.,
JAMES HAMPTON,
MELIZA CALDERON, and
ANGEL BURGOS JR.,

defendants herein, did knowingly brandish, carry, and use a firearm during and in relation to a crime of violence for which defendants may be prosecuted in a court of the United States, namely, carjacking, in violation of Title 18, United States Code, Sections 2119, as charged in Count Two of this Superseding Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2.

## **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 2119 and 924(c)(1)(A)(ii), as set forth in this Superseding Indictment, defendants shall forfeit to the United States of America any firearms and ammunition involved in and used in the offenses, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Ruger SR9C semiautomatic pistol bearing serial number 33683474 and associated ammunition.

3. If any of the forfeitable property described above, as a result of any act or omission by defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

                                                  A TRUE BILL:

                                                  FOREPERSON

Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY



1:25-cr-98
Judge John Robert Blakey
Magistrate Judge Beth W. Jantz
RANDOM/CAT 4

FELONY

FILED
4/17/2025
KSR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Andy Colon Jr. | No | Yes |
| James Hampton | No | Yes |
| Meliza Calderon | No | Yes |
| Angel Burgos Jr. | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes**
Case Number: **25 CR 98**
Case Title: *United States v. Andy Colon Jr., James Hampton and Meliza Calderon*
Assigned Judge: **John Robert Blakey, District Judge**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Robbery - 5 or fewer robberies/attempts IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 371, 924(c)(1)(A)(ii), and 2119**

Assistant United States Attorney(s): **Jonathan L. Shih**

Contact Person and Phone Number: **Jonathan L. Shih, (312) 353-5361**